IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-00249-F-1
No. 5:13-CV-00591-F

| | | |
|---|---|---|
| JAMIE M. HARGROVE, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on Jamie M. Hargrove's Motion for Status Report [DE-232]. In his motion, Hargrove requests a status report on his pending Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.

A review of the record reveals that Hargrove filed a previous motion seeking a status report on his § 2255 case on March 9, 2015. On March 11, 2015, the court provided Hargrove with a complete update. Hargrove's case remains in the same posture it was in at that time. Hargrove is advised, once again, that this court has a heavy docket of pending § 2255 motions and attempts to make every effort to get these motions ruled on as quickly as possible.

SO ORDERED.

This the 21 day of July, 2015.

*James C. Fox*
James C. Fox
Senior United States District Judge