UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-00249-F-1
No. 5:13-CV-00591-F

**Jamie M. Hargrove**,

    Petitioner,

v.

**United States of America**,

    Respondent.

**Order**

  Petitioner Jamie M. Hargrove filed a motion to amend his § 2255 petition (D.E. 225) on September 16, 2014. The Government is directed to reply to his motion and address the substance of the issues raised in the proposed amended petition by March 4, 2016.

Dated: February 5, 2016

_____
Robert T. Numbers, II
United States Magistrate Judge