IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-00249-F-1
No. 5:16-CV-00634-F

| | | |
|---|---|---|
| JAMIE M. HARGROVE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Jamie M. Hargrove's Motion to Vacate, Set Aside, or

Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-252, -255]. Having examined Hargrove's

motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the United

States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing Section

2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255

motion, within **forty (40)** days of the filing of this order.

Hargrove asserts a challenge based on *Johnson v. United States*, 135 S. Ct. 2551 (2015).

The Office of the Federal Public Defender has been appointed to represent Hargrove, pursuant to

Standing Order No. 15-SO-2 (E.D.N.C. Oct. 16, 2015).

SO ORDERED.

This  *1 9* day of July, 2016.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE