IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-249-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ORDER |
| JAMIE M. HARGROVE, | ) |
| Defendant. | ) |

The court is very familiar with this case. See [D.E. 51, 112, 138, 154, 155, 156, 159, 161, 176, 177, 180, 181, 182, 246, 247, 266, 267, 268, 270, 278, 279, 283, 347, 348, 354, 361, 362, 363, 364]. For the reasons stated in the United States' response in opposition to defendant's second motion for compassionate release, [D.E. 374] 7–13, the court DENIES defendant's second motion for compassionate release [D.E. 365].

SO ORDERED. This 6 day of November, 2025.

JAMES C. DEVER III
United States District Judge