IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-249-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMIE M. HARGROVE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's motion for compassionate release [D.E. 381] not later than February 18, 2026.

SO ORDERED. This 9 day of January, 2026.

JAMES C. DEVER III
United States District Judge