UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Criminal No. 5:11-cr-249-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMIE M. HARGROVE. | ) | |

This matter comes before the Court on the United States' Motion to Seal Exhibit 1 attached to the United States's Opposition to Defendant's Motion for Compassionate Releasee.

For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit 1.

SO ORDERED this 18 day of February, 2026.

JAMES C. DEVER III
United States District Judge

1