IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-249-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMIE M. HARGROVE, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the United States' response in opposition [D.E. 383], the court DENIES defendant's third motion for compassionate release [D.E. 381]. See [D.E. 354, 380].

SO ORDERED. This 19 day of February, 2026.

JAMES C. DEVER III
United States District Judge